**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SURGERY CENTER OF VIERA, LLC,

    Plaintiff,

v.                                                  Case No: 6:20-cv-381-Orl-40DCI

ANTHEM BLUE CROSS LIFE AND
HEALTH INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation for Dismissal Without Prejudice (Doc. 26), September 16, 2020. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Anthem Blue Cross Life and Health Insurance Company are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadline and close the file.

**DONE AND ORDERED** in Orlando, Florida on September 16, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2

2